UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**IN RE FIDELITY ERISA**
**FLOAT LITIGATION**

CIVIL ACTION NO. 13-10222-DJC

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated March 11, 2015, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

March 11, 2015                                    /s/ Lisa M. Hourihan
                                                  Deputy Clerk