UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE FIDELITY ERISA FLOAT LITIGATION | ) ) ) ) ) | Civil Action No. 13-10222-DJC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above-entitled matter, Timothy M. Kelley, Jamie A. Fine, Patricia Boudreau, Alex Gray, Bobby Negron, Columbia Air Services, Inc. and Korine Brown hereby appeal to the United States Court of Appeals for the First Circuit from the Order of Dismissal entered in this action on March 11, 2015.

Dated: April 9, 2015

/s/ *Mark T. Johnson*
Todd M. Schneider (*pro hac vice*)
Joshua G. Konecky (*pro hac vice*)
Mark T. Johnson (*pro hac vice*)
Schneider Wallace Cottrell Konecky Wotkyns LLP
180 Montgomery Street
Suite 2000
San Francisco, CA 94104
T: 415-421-7100
tschneider@schneiderwallace.com
jkonecky@schneiderwallace.com
mjohnson@schneiderwallace.com

Garrett W. Wotkyns (*pro hac vice*)
Michael C. Mckay
Schneider Wallace Cottrell Konecky Wotkyns LLP
8501 North Scottsdale Road
Suite 270
Scottsdale, AZ 85253
T: 480-428-0142
gwotkyns@schneiderwallace.com
mmkcay@schneiderwallace.com

Gregory Y. Porter (*pro hac vice*)
Bailey & Glasser LLP
910 17th Street, NW
Suite 800
Washington, DC 20004
T: 202-543-0226
gporter@baileyglasser.com

John J. Roddy
Elizabeth A. Ryan
Bailey & Glasser LLP
Suite 1030
125 Summer Street
Boston, MA 02110
T: 617-439-6730
F: 617-951-3954
jroddy@baileyglasser.com
eryan@baileyglasser.com

Joseph Peiffer
Daniel Carr
Peiffer Rosca Wolf Abdullah Carr & Kane
201 St. Charles Avenue
Ste. 4610
New Orleans, LA 70170
T: 504-523-2434
F: 504-523-2464
jpeiffer@prwlegal.com

Suyash Agrawal
Jeannie Y. Evans
Agrawal Evans LLP
308 W. Erie Street
Suite 502
Chicago, IL 60654
T: 312-448-8800

Peter J. Mougey
Laura Dunning
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor
316 S. Baylen Street
Pensacola, FL 32502
T: 850-432-2451
F: 850-469-3331
pmougey@levinlaw.com

ldunning@levinlaw.com

Richard S. Frankowski
The Frankowski Firm
Suite 203
231 22nd Street South
Birmingham, AL 35233
T: 205-390-0399
richard@frankowskifirm.com

*Attorneys for Plaintiffs Timothy M. Kelley and Jamie A. Fine*

Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
Izard Nobel LLP
29 South Main Street
Suite 215
West Hartford, CT 06107
T: 860-493-6295
F: 860-493-6290
firm@izardnobel.com
mkindall@izardnobel.com

Bradford S. Babbitt (*pro hac vice*)
Craig A. Raabe (*pro hac vice*)
Elizabeth R. Leong (*pro hac vice*)
Robinson & Cole, LLP
280 Trumbull St.
Hartford, CT 06103-3597
T: 860-275-8200
F: 860-275-8299
bbabbitt@rc.com
craabe@rc.com
elong@rc.com

*Attorneys for Plaintiff Columbia Air Services, Inc.*

Thomas G. Shapiro
Shapiro Haber & Urmy LLP
Seaport East
2 Seaport Lane
Boston, MA 02210
T: 617-439-3939
F: 617-439-0134
tshapiro@shulaw.com

Michelle H. Blauner
Shapiro Haber & Urmy LLP
53 State Street
37th Floor
Boston, MA 02109
T: 617-439-3939
F: 617-439-0134
mblauner@shulaw.com

*Attorneys for Plaintiffs Patricia Boudreau, Esquire Alex Gray and Bobby Negron*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Mark T. Johnson*
Mark T. Johnson (*pro hac vice*)
Schneider Wallace Cottrell Konecky Wotkyns LLP
180 Montgomery Street
Suite 2000
San Francisco, CA 94104
T: 415-421-7100
mjohnson@schneiderwallace.com